PLAINTIFF'S EXHIBIT

```
ARN5423                    84 LUMBER COMPANY
02/13/08  11:53 am      ACCOUNT HISTORY REPORT              PAGE   1

                        BOSS CONSTRUCTION

              Account: 0811 0690 000     Start Date: 01/01/07

Invoice          Sub   W/A   Sale         Sale        Finance    Invoice   Check     Payment   Payment
Number   Store   Acct  W/O   Date         Amount      Charges    Number    Number    Date      Amount     Balance
181428   0811    000         04/27/2007   2,203.03                                                        2,203.03
181450   0811    000         04/30/2007     229.54                                                        2,432.57
181457   0811    000.        04/30/2007      59.12                                                        2,491.69
181461   0811    000         04/30/2007   1,001.07                                                        3,492.76
181462   0811    000         04/30/2007     693.14                                                        4,185.90
181474   0811    000         05/01/2007   1,772.40                                                        5,958.30
181506   0811    000         05/02/2007   3,182.13                                                        9,140.43
181513   0811    000         05/02/2007     327.02                                                        9,467.45
181532   0811    000         05/03/2007     177.43                                                        9,644.88
181602   0811    000   W/O   05/07/2007   5,417.16                                                       15,062.04
181608   0811    000   W/O   05/07/2007   2,341.90                                                       17,403.94
181624   0811    000         05/07/2007     719.28                                                       18,123.22
181630   0811    000         05/07/2007     235.17                                                       18,358.39
181704   0811    000   W/O   05/10/2007   1,275.49                                                       19,633.88
181720   0811    000         05/10/2007     522.70                                                       20,156.58
181788   0811    000         05/14/2007     182.77                                                       20,339.35
181789   0811    000         05/14/2007      74.92                                                       20,414.27
181791   0811    000         05/14/2007      91.38                                                       20,505.65
181796   0811    000   W/O   05/14/2007     301.27                                                       20,806.92
181800   0811    000         05/14/2007   2,813.13                                                       23,620.05
181809   0811    000   W/O   05/15/2007   1,893.93                                                       25,513.98
181815   0811    000   W/O   05/15/2007   2,477.77                                                       27,991.75
181828   0811    000         05/15/2007   1,002.57                                                       28,994.32
181830   0811    000   W/O   05/16/2007     644.40                                                       29,638.72
181864   0811    000   W/O   05/16/2007     761.92                                                       30,400.64
181872   0811    000         05/17/2007     310.08                                                       30,710.72
181878   0811    000   W/O   05/17/2007     372.56                                                       31,083.28
181915   0811    000         05/18/2007     815.54                                                       31,898.82
181937   0811    000         05/18/2007      57.94                                                       31,956.76
181939   0811    000   W/O   05/18/2007     702.12                                                       32,659.88
181986   0811    000         05/21/2007   2,644.45                                                       35,303.33
181993   0811    000         05/21/2007     150.91                                                       35,454.24
181994   0811    000   W/O   05/21/2007     715.56                                                       36,169.80
182032   0811    000   W/O   05/22/2007    -447.89                                                       35,721.91
182033   0811    000   W/O   05/22/2007   2,891.71                                                       38,613.62
182049   0811    000   W/O   05/23/2007   1,656.80                                                       40,270.42
182059   0811    000         05/23/2007      14.51                                                       40,284.93
182077   0811    000   W/O   05/24/2007   1,339.39                                                       41,624.32
182090   0811    000         05/24/2007     228.33                                                       41,852.65
182092   0811    000         05/24/2007     324.79                                                       42,177.44
182094   0811    000         05/24/2007     164.78                                                       42,342.22
182099   0811    000         05/25/2007   1,082.11                                                       43,424.33
182132   0811    000   W/O   05/29/2007  14,779.66                                                       58,203.99
```

```
ARN5-423                        84 LUMBER COMPANY
12/13/08  11:53 am           ACCOUNT HISTORY REPORT                          PAGE    2

                         Account: 0811 0690 000    Start Date: 01/01/07
                               BOSS CONSTRUCTION

Invoice          Sub  W/A  Sale         Sale      Finance   Invoice   Check    Payment      Payment
Number  Store    Acct W/O  Date         Amount    Charges   Number    Number   Date         Amount      Balance

182134  0811     000       05/29/2007    192.17                                                         58,396.16
182145  0811     000       05/29/2007     29.03                                                         58,425.19
182147  0811     000  W/O  05/29/2007    603.45                                                         59,028.64
182150  0811     000  W/O  05/29/2007    785.02                                                         59,813.66
182157  0811     000  W/O  05/29/2007     38.54                                                         59,852.20
182159  0811     000  W/O  05/29/2007    138.14                                                         59,990.34
182215  0811     000  W/O  05/31/2007   -798.00                                                         59,192.34
182216  0811     000  W/O  05/31/2007    992.23                                                         60,184.57
182217  0811     000  W/O  05/31/2007    348.39                                                         60,532.96
182225  0811     000  W/O  05/31/2007   -738.66                                                         59,794.30
 70601  0811     000  W/O  06/01/2007  2,965.68   Int/Fin                                               62,759.98
182247  0811     000  W/O  06/01/2007    291.19                                                         63,051.17
182248  0811     000  W/O  06/01/2007  2,324.19                                                         65,375.36
                                                                                                        62,193.23
                                                            181506    29962    06/04/2007  3,182.13    61,377.69
                                                            181935    29962    06/04/2007    815.54    61,921.64
182292  0811     000  W/O  06/04/2007    543.95                                                         61,990.71
182295  0811     000       06/04/2007     69.07                                                         62,127.71
182296  0811     000       06/04/2007    137.00                                                         61,966.67
182308  0811     000  W/O  06/05/2007   -161.04                                                         62,183.62
182316  0811     000       06/05/2007    216.95                                                         62,464.50
182317  0811     000       06/05/2007    280.88                                                         62,734.41
182330  0811     000       06/05/2007    269.91                                                         63,027.11
182357  0811     000       06/06/2007    292.70                                                         64,080.82
182359  0811     000  W/O  06/07/2007  1,053.71                                                         65,501.46
182366  0811     000  W/O  06/07/2007  1,420.64                                                         67,255.67
182369  0811     000  W/O  06/07/2007  1,754.21                                                         70,741.87
182371  0811     000  W/O  06/07/2007  3,486.20                                                         71,705.07
182386  0811     000  W/O  06/07/2007    963.20                                                         72,605.21
182394  0811     000  W/O  06/07/2007    900.14                                                         70,402.18
                                                            181428    29969    06/08/2007  2,203.03    71,979.21
182412  0811     000  W/O  06/08/2007  1,577.03                                                         72,758.78
182426  0811     000  W/O  06/08/2007    779.57                                                         72,933.33
182432  0811     000  W/O  06/08/2007    174.55                                                         72,894.50
182433  0811     000  W/O  06/08/2007    -38.83                                                         73,053.73
182437  0811     000  W/O  06/08/2007    159.23                                                         73,053.73
6019969 0811     000  W/O  06/08/2007       .00                                                         70,850.70
                                                            6019969   29969    06/08/2007  2,203.03    71,217.37
182496  0811     000       06/12/2007    366.67                                                         71,158.58
182497  0811     000  W/O  06/12/2007    -58.79                                                         73,138.45
182503  0811     000  W/O  06/13/2007  1,979.87                                                         73,249.11
182510  0811     000  W/O  06/13/2007    110.66                                                         73,359.77
182511  0811     000       06/13/2007    110.66                                                         73,730.69
182512  0811     000  W/O  06/13/2007    370.92
```

```
ARM5423                         84 LUMBER COMPANY
02/13/08  11:53 am            ACCOUNT HISTORY REPORT                              PAGE   3
                              BOSS CONSTRUCTION
                     Account: 0811 0690 000         Start Date: 01/01/07

Invoice          Sub  W/A   Sale                Finance   Invoice   Check    Payment      Payment
Number  Store    Acct W/O   Date       Amount   Charges   Number    Number   Date         Amount       Balance

182513  0811     000        06/13/2007   98.06                                                         73,828.75
182514  0811     000        06/13/2007  140.41                                                         73,969.16
        0811     000        06/14/2007                              29993    06/14/2007    229.54      73,739.62
        0811     000        06/14/2007                              29993    06/14/2007     59.12      73,680.50
        0811     000        06/14/2007                              29993    06/14/2007    693.14      72,987.36
182531  0811     000        06/14/2007  205.33                                                         73,192.69
182539  0811     000  W/O   06/14/2007 1,590.10                                                        74,782.79
182543  0811     000        06/14/2007   22.58                                                         74,805.37
182576  0811     000  W/O   06/15/2007 1,904.33                                                        76,709.70
182587  0811     000        06/15/2007   94.90                                                         76,804.60
182592  0811     000  W/O   06/15/2007   69.07                                                         76,873.67
182594  0811     000  W/O   06/15/2007  113.74                                                         76,987.41
182613  0811     000  W/O   06/18/2007 2,518.10                                                        79,505.51
182615  0811     000        06/18/2007   69.07                                                         79,574.58
182623  0811     000        06/18/2007  621.52                                                         80,196.10
182624  0811     000        06/18/2007  151.98                                                         80,348.08
182625  0811     000  W/O   06/18/2007   49.33                                                         80,397.41
182627  0811     000  W/O   06/18/2007   49.33                                                         80,446.74
182628  0811     000        06/18/2007   50.17                                                         80,496.91
182667  0811     000  W/O   06/19/2007 -743.60                                                         79,753.31
182648  0811     000  W/O   06/19/2007  844.41                                                         80,597.72
182651  0811     000  W/O   06/19/2007   18.79                                                         80,616.51
182665  0811     000  W/O   06/20/2007 3,652.45                                                        84,268.96
182689  0811     000  W/O   06/21/2007 2,995.74                                                        87,264.70
182690  0811     000  W/O   06/21/2007 2,983.81                                                        90,248.51
182767  0811     000        06/25/2007   81.70                                                         90,330.21
182777  0811     000        06/25/2007   59.66                                                         90,389.87
        0813     000                                                30105    06/28/2007   1,002.57     89,387.30
        0811     000                                                30105    06/28/2007    164.78      89,222.52
17748   0826     000  W/O   06/29/2007  920.51                                                         90,143.03
70701   0811     000  W/O   07/01/2007 1,980.42  Int/Fin                                               92,123.45
70701   0826     000  W/A   07/01/2007   55.24   Int/Fin                                               92,178.69
17850   0826     000  W/O   07/02/2007 1,281.95                                                        93,460.64
17887   0826     000  W/O   07/02/2007 1,285.58                                                        94,746.22
17895   0826     000  W/O   07/02/2007  214.42                                                         94,960.64
17963   0826     000  W/O   07/05/2007  392.11                                                         95,352.75
17964   0826     000  W/O   07/05/2007 -117.05                                                         95,235.70
17968   0826     000  W/O   07/05/2007  927.54                                                         96,163.24
17979   0826     000  W/O   07/06/2007 1,399.10                                                        97,562.34
17981   0826     000  W/O   07/06/2007  294.62                                                         97,856.96
        0811     000                                                30199    07/06/2007   2,813.13     95,043.83
        0811     000                                                30199    07/06/2007    372.56      94,671.27
        0811     000                                                30199    07/06/2007     57.94      94,613.33
```

```
RRH5421                    84 LUMBER COMPANY
02/13/08  11:53 am        ACCOUNT HISTORY REPORT                PAGE    4
                          BOSS CONSTRUCTION
                    Account: 0811 0690 000    Start Date: 01/01/07

Invoice         Sub  W/A   Sale                Finance   Invoice  Check    Payment      Payment
Number  Store  Acct  W/O   Date       Amount   Charges   Number   Number   Date         Amount       Balance

18004   0826   000   W/O   07/07/2007    -72.76                                                       94,540.57
18005   0826   000   W/O   07/07/2007    -98.39                                                       94,442.18
18006   0826   000   W/O   07/07/2007   -202.30                                                       94,239.88
18017   0826   000   W/O   07/09/2007  2,603.14                                                       96,843.02
18019   0826   000   W/O   07/09/2007   -122.72                                                       96,720.30
18020   0826   000   W/O   07/09/2007  4,669.34                                                      101,389.64
18021   0826   000   W/O   07/09/2007  1,835.37                                                      103,225.01
18052   0826   000   W/O   07/09/2007  2,021.94                                                      105,246.95
19072   0826   000   W/O   07/10/2007  2,053.37                                                      107,300.32
18080   0826   000   W/O   07/10/2007    606.49                                                      107,906.81
18081   0826   000   W/O   07/10/2007  2,257.12                                                      110,163.93
18118   0826   000   W/O   07/11/2007     37.19                                                      110,201.12
18236   0826   000   W/O   07/16/2007  1,775.47                                                      111,976.59
18253   0826   000   W/O   07/16/2007   -227.38                                                      111,749.21
18346   0826   000   W/O   07/18/2007   -105.19                                                      111,644.02
                                                          181461   30288    07/18/2007    1,001.07   110,642.95
                                                          181513   30289    07/18/2007      327.02   110,315.93
                                                          181532   30289    07/18/2007      177.43   110,138.50
                                                          181624   30289    07/18/2007      719.28   109,419.22
                                                          181630   30289    07/18/2007      235.17   109,184.05
                                                          181789   30288    07/18/2007       74.92   109,109.13
                                                          182099   30289    07/18/2007    1,082.11   108,027.02
                                                          182624   30288    07/18/2007      151.98   107,875.04
18510   0826   000   W/O   07/24/2007  3,040.58                                                      110,915.62
18521   0826   000   W/O   07/24/2007    -49.73                                                      110,865.89
                                                          181474   4574     07/26/2007    1,772.40   109,093.49
                                                          182357   30366    07/26/2007      292.70   108,800.79
                                                          182496   30366    07/26/2007      366.67   108,434.12
                                                          182628   30366    07/26/2007       50.17   108,383.95
18689   0826   000   W/O   07/30/2007    235.61                                                      108,619.56
70801   0826   000   W/O   08/01/2007  1,163.67  Int/Fin                                             109,782.23
                                                          182090   30727    10/01/2007      228.33   109,553.90
                                                          182150   30727    10/01/2007      785.02   108,768.86
                                                          182159   30727    10/01/2007      138.14   108,630.74
                                                          182295   30727    10/01/2007       69.07   108,561.67
                                                          182296   30727    10/01/2007      137.00   108,424.67
                                                          182316   30727    10/01/2007      216.95   108,207.72
                                                          182317   30727    10/01/2007      280.88   107,926.84
                                                          182330   30727    10/01/2007      269.91   107,656.93
                                                          182511   30909    10/22/2007      110.66   107,546.27
                                                          182514   30909    10/22/2007      140.41   107,405.86
                                                          182134   30911    10/24/2007      192.17   107,213.69
                                                          17981    31027    11/16/2007      294.62   105,919.07
```

\*\* TOTAL PAGE.07 \*\*

```
RN5423                        84 LUMBER COMPANY

02/13/08  11:53 am          ACCOUNT HISTORY REPORT              PAGE  5

                           ROSS CONSTRUCTION

                  Account: 0811 0690 000    Start Date: 01/01/07

Invoice       Sub  W/A  Sale    Sale    Finance   Invoice  Check   Payment      Payment
Number  Store Acct W/O  Date    Amount  Charges   Number   Number  Date         Amount       Balance

        0811  000                                 182092   31064   11/19/2007   324.29       106,594.28
        0811  000                                 181788   31063   11/23/2007   182.77       106,411.51
        0811  000                                 182437   31063   11/23/2007   159.23       106,252.28
        0811  000                                 181720   31181   12/03/2007   522.70       105,729.58
        0811  000                                 181872   31179   12/03/2007   310.08       105,419.50
        0811  000                                 181993   31179   12/03/2007   150.91       105,268.59
        0811  000                                 182513   31179   12/03/2007    98.06       105,170.53
        0811  000                                 182587   31179   12/03/2007    94.90       105,075.63
        0811  000                                 182969   31180   12/07/2007    14.51       105,061.12
        0811  000                                 182615   31180   12/07/2007    69.07       104,992.05
        0811  000                                 182623   31180   12/07/2007   621.52       104,370.53
        0811  000                                 181791   4660    12/10/2007    91.38       104,279.15
        0811  000                                 182145   4660    12/10/2007    29.03       104,250.12
        0811  000                                 182531   4660    12/10/2007   205.33       104,044.79
        0811  000                                 182543   4660    12/10/2007    22.58       104,022.21
        0811  000                                 182767   4660    12/10/2007    81.70       103,940.51
        0811  000                                 182777   4660    12/10/2007    59.66       103,880.85
```