**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 958**

In the Matter of                                        Case Number:

84 Lumber Company, a Pennsylvania Limited Partnership
v.
Boss Construction, Inc. and Steven Roger Smith

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**JUDGE MANNING**
**MAGISTRATE JUDGE COLE**

| |
|---|
| NAME (Type or print)<br>Arthur Raphael |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>        s/Arthur Raphael |
| FIRM<br>Teller Levit and Silvertrust, P.C. |
| STREET ADDRESS<br>11 East Adams Street, Suite 800 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60603 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) TELEPHONE NUMBER<br>2283840 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?<br>YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |



**FILED**
**FEBRUARY 15, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT