## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: **08 C 958**

84 Lumber Company, a Pennsylvania Limited Partnership
v.
Boss Construction, Inc. and Steven Roger Smith

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**JUDGE MANNING**
**MAGISTRATE JUDGE COLE**

| | |
|---|---|
| NAME (Type or print) | Kevin E. Posen |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/Kevin E. Posen |
| FIRM | Teller Levit and Silvertrust, P.C. |
| STREET ADDRESS | 11 East Adams Street, Suite 800 |
| CITY/STATE/ZIP | Chicago, Illinois 60603 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) TELEPHONE NUMBER | 6203687 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |

**FILED**
**FEBRUARY 15, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

