# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 958 | **DATE** | February 29, 2008 |
| **CASE TITLE** |  | *84 Lumber v. Boss Construction* | |

**DOCKET ENTRY TEXT:**

The complaint is dismissed as it does not contain allegations establishing that diversity jurisdiction is proper. Any amended complaint must be filed by March 24, 2008.

■[ For further details see text below.]

## STATEMENT

The plaintiff's complaint invokes diversity of citizenship grounds. *See* 28 U.S.C. § 1332. The court has reviewed the jurisdictional allegations in the complaint pursuant to *Wisconsin Knife Works v. National Metal Crafters*, 781 F.2d 1280, 1282 (7th Cir. 1986) ("the first thing a federal judge should do when a complaint is filed is check to see that federal jurisdiction is properly alleged").

The complaint provides a state of incorporation for all of the corporations, but does not specify the location of the corporations' principal places of business. For the purposes of diversity jurisdiction, a corporation is a citizen of: (1) the state in which the corporation is incorporated; and (2) the state in which the corporation has its principal place of business. 28 U.S.C. § 1332. Allegations as to a corporation's "residence" or the statement that a corporation has its principal place of business in this district lack the requisite specificity. The complaint also fails to contain citizenship allegations for defendant Steven Smith.

Accordingly, the complaint is dismissed as it does not contain allegations establishing that diversity jurisdiction is proper. Any amended complaint must be filed by March 24, 2008.

| | Courtroom Deputy Initials: | RTH/c |
|---|---|---|