APR-20-2007 10:55 FROM: BOSS CONSTRUCTION    18157269931    TO:630 759 4841    P.1/1

## CONTRACTOR - COMMERCIAL CREDIT APPLICATION

**84 LUMBER**  APR 28 2007
Celebrating 50 Years!

(Please Print in CAPITAL LETTERS)

**CREDIT DEPARTMENT**  NET 60 DAYS
FOR STORE/OFFICE USE ONLY

- Store Name: —
- Store Number: 0811
- Acct. Number: #690

Applicant/Business Name: BOSS CONSTRUCTION
Business Address: 1904 GARNET CT
City, State, Zip Code: NEW LENOX, IL 60451
Billing Address: SAME
Previous Business Address: ___

Phone: (815) 726-1400
Fax: (815) 726-8931
E-mail: ___

☐ Sole Proprietorship
☐ Partnership
☐ Corporation

Name of Owner, General Partner or President: STEVE SMITH
Social Security Number: ___
Address: 1904 GARNET CT
City, State, Zip Code: NEW LENOX, IL 60451
Previous Address: ___

Name of other Partner or Vice President: ___
Social Security Number: ___
Address: ___
City, State, Zip Code: ___
Previous Address: ___

(If less than one year at present address, include previous)

Date Business Started: 01/01/96
State of Incorporation or Partnership: IL
Fed. Tax ID#: 36-4229779

Type of Business: ☐ General Contractor ☐ Subcontractor ☒ Remodeler ☐ Other ___
Number of homes built in the last 3 years: ___
Operation: ☐ Speculation ___% ☐ Contract ___% Expected monthly credit utilization $ ___
Number of years home building experience ___  Title/Position/Duties ___
Financial Statement attached? ☐ Yes ☐ No   Have you ever filed for Bankruptcy? ☐ Yes ☐ No   If Yes, When? ___

### BANK REFERENCES

Primary Bank: PRAIRIE BANK   City: BRIDGEVIEW   State: IL   Phone: (708) 599-0100
Type of Account: Checking Account No. YES   Savings Account No. ___
Officer to Contact: DARL PEDERSEN   Line of Credit Amount $ ___   ☐ Secured ☐ Unsecured

Secondary Bank: ___   City: ___   State: ___   Phone: ___
Type of Account: Checking Account No. ___   Savings Account No. ___
Officer to Contact: ___   Line of Credit Amount $ ___   ☐ Secured ☐ Unsecured

### PRINCIPAL TRADE REFERENCES

| | NAME | STREET/CITY/STATE/ZIP | PHONE | LINE OF CREDIT |
|---|---|---|---|---|
| Primary Bld. Mat'ls. (CHICAGO) | TRI STATE WHOLESALE | HICKORY HILLS, IL | (708) 599-9770 | |
| Secondary Bld. Mat'ls. | HOME DEPOT | DES MOINES, IA | (800) 494-1946 | |
| Concrete Stone Bld. Mat'ls. | RICHARDS | JOLIET, IL | (815) 464-7253 | |
| Other Trade | ___ | ___ | ( ) ___ | |

**MUST HAVE MINIMUM OF FOUR TRADE REFERENCES**

BY SIGNING BELOW I HEREBY CERTIFY THAT I AM THE OWNER, GENERAL PARTNER OR PRESIDENT OF THE ABOVE BUSINESS, AND I DO UNCONDITIONALLY AND IRREVOCABLY PERSONALLY GUARANTEE THIS CREDIT ACCOUNT AND PAYMENTS OF ANY AND ALL AMOUNTS DUE BY THE ABOVE BUSINESS, AND THAT I HAVE READ ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS APPLICATION AND UNDERSTAND AND AGREE TO THE SAME, AND THAT ALL OF THE INFORMATION CONTAINED IN THIS APPLICATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. (APPLICATION MUST BE FULLY COMPLETED, SIGNED AND WITNESSED.)

X Witness ___
X Applicant [signature]   Date 4/18/07
Print Name ___

X Witness ___
X Applicant [signature]   Date 4/18/07
Print Name STEVE SMITH
(If Applicant is a Partnership, then general Partner must sign the application. If Applicant is a corporation, then President must sign the application.)

REV. 8/00

PLAINTIFF'S EXHIBIT A   PENGAD 800-631-6989

1/1   6307594841   84 Lumber   11:14 Apr-20-2007

## CONTRACTOR - COMMERCIAL CREDIT AGREEMENT TERMS AND CONDITIONS

Applicant and Personal Guarantor(s) signing this Contractor - Commercial Credit Application ("Application") agree to accept credit extended by 84 Lumber Company and its affiliates and subsidiaries, including but not limited to 84 Components (collectively referred to herein as "84") subject to the following terms and conditions:

1. A NUMBER INVOICE SHALL BE FURNISHED WITH EACH PURCHASE. THE CUT-OFF DATE FOR MONTHLY BILLING IS THE TWENTY-FIFTH (25TH). A BILL/STATEMENT OF THE TRANSACTIONS WILL BE SENT TO APPLICANT AND MUST BE PAID IN FULL NO LATER THAN THE TENTH (10TH) OF THE MONTH NEXT FOLLOWING THE CUT-OFF DATE; A FINANCE/LATE CHARGE WILL BE ASSESSED AT 1.5% PER MONTH, WHICH IS 18% PER ANNUM, ON THE BALANCE THAT IS PAST DUE;

2. Applicant agrees to grant and 84 is retaining a Purchase Money Security Interest under the Uniform Commercial Code on the building materials purchased on Applicant's account until such building materials are paid for in full;

3. All billing errors must be reported to the 84 Credit Department in writing within thirty (30) days after 84 has sent Applicant the first statement on which the error appears. Applicant agrees to immediately notify the 84 Credit Department in writing of any unauthorized purchases on Applicant's account;

4. 84 shall have the right to rely upon all reasonable representations of persons representing themselves to be agents of Applicant as to authority to make purchases on Applicant's account unless the 84 Credit Department receives prior written notification from Applicant limiting agents authorized to make purchases;

5. Applicant agrees to have an agent at job sites to sign invoices or bills of lading. Failure to do so will constitute a legal acceptance by Applicant of building materials delivered even though no invoice or bill of lading has been signed. Applicant must notify the applicable 84 store in writing of all claims for errors, shortages, damages and defects within twenty-four (24) hours of delivery;

6. Applicant agrees to furnish the applicable 84 store with an address and legal description for each job site where purchased building materials are used;

7. 84 has the right to close Applicant's account at any time, with or without cause, change the terms and conditions or sell, assign or transfer Applicant's account upon written notification to Applicant from the 84 Credit Department. Applicant agrees to notify the 84 Credit Department in writing of Applicant's desire to close Applicant's account, change of address, ownership, company name or change in legal business status;

8. IF THIS ACCOUNT IS PLACED FOR COLLECTION, APPLICANT AND PERSONAL GUARANTOR(S) AGREE TO PAY 84 REASONABLE ATTORNEYS FEES AND COSTS, INCLUDING FEES AND COSTS FOR MECHANIC'S LIENS;

9. Applicant and Personal Guarantor(s) hereby authorize any and all banks, credit reporting agencies, principal trade references listed on this Application, or any other credit source available to furnish credit information to 84. Applicant gives 84 permission to furnish business solicitation information about Applicant to third parties;

10. Applicant agrees that any credit extended hereunder is strictly commercial credit and does not arise out of a consumer transaction and is therefore not governed by applicable federal or state consumer credit regulations;

11. The entire agreement of the parties is set forth in this written document and there are no other oral or written understandings, promises, representations or agreements. This Agreement cannot be modified or amended except by a written document signed by both Applicant and the 84 Credit Department; and this Agreement shall supersede all previous communications, representations, or agreements, either verbal or written, between the parties hereto. This Agreement shall take precedence, supercede and control over any conflicting or additional terms contained in purchase orders, contracts or other similar documents issued or executed by the parties and no such documents shall be binding upon 84 unless approved and signed by an authorized officer of 84. Applicant understands and agrees that except for an authorized officer, no employees of 84 have the authority to sign contracts on behalf of 84. In the event that an 84 employee signs a contract with Applicant, such document shall not constitute a binding or valid contract unless later approved in writing by an authorized officer of 84;

12. The waiver or invalidity of any provision herein shall not affect the validity of any other provision herein;

13. In no event shall 84 be liable for liquidated, incidental, punitive or consequential damages in connection with building materials or installation purchased by Applicant. 84 disclaims any express or implied warranties of merchantability or fitness for a particular purpose on building materials or installation purchased by Applicant. In no event shall 84's liability exceed the replacement cost of building materials or installation.

14. This Agreement shall be governed by and construed in accordance with the laws of the Commonwealth of Pennsylvania;

15. With the exception of actions by 84 to enforce liens or collect past-due amounts, 84 and Applicant agree that all disputes arising out of or relating to this Agreement, including but not limited to claims relating to building materials or installation, shall be settled by final and binding arbitration in Pittsburgh, Pennsylvania in accordance with the Construction Arbitration Rules of the American Arbitration Association and judgment upon the award rendered by the arbitrator or arbitrators may be entered in any court having jurisdiction thereof;

16. JURY WAIVER. APPLICANT AND GUARANTOR(S) EXPRESSLY WAIVE THE RIGHT TO A TRIAL BY JURY OF ANY MATTERS ARISING OUT OF OR RELATING TO THIS AGREEMENT, OR ANY TRANSACTIONS CONTEMPLATED HEREBY;

17. All written notices to 84 by Applicant required under this Agreement shall be sent Certified Mail - Return Receipt Requested to: 84 Lumber Company, Credit Department, Building #2, 1019 Route 519, Eighty Four, Pennsylvania 15330-2812;

18. Applicant agrees not to withhold, setoff, deduct or retain payment against amounts due 84 on this Account for any alleged claims or charges.