PLAINTIFF'S EXHIBIT B

ARN5423                     84 LUMBER COMPANY
02/13/08  11:53 am       ACCOUNT HISTORY REPORT              PAGE   1

                      BOSS CONSTRUCTION
              Account:  0811 0690 000   Start Date: 01/01/07

| Invoice Number | Store | Sub Acct | W/A W/O | Sale Date | Sale Amount | Finance Charges | Invoice Number | Check Number | Payment Date | Payment Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 181428 | 0811 | 000 |     | 04/27/2007 | 2,203.03 | | | | | | 2,203.03 |
| 181450 | 0811 | 000 |     | 04/30/2007 | 229.54 | | | | | | 2,432.57 |
| 181457 | 0811 | 000.|     | 04/30/2007 | 59.12 | | | | | | 2,491.69 |
| 181461 | 0811 | 000 |     | 04/30/2007 | 1,001.07 | | | | | | 3,492.76 |
| 181462 | 0811 | 000 |     | 04/30/2007 | 693.14 | | | | | | 4,185.90 |
| 181474 | 0811 | 000 |     | 05/01/2007 | 1,772.40 | | | | | | 5,958.30 |
| 181506 | 0811 | 000 |     | 05/02/2007 | 3,182.13 | | | | | | 9,140.43 |
| 181513 | 0811 | 000 |     | 05/02/2007 | 327.02 | | | | | | 9,467.45 |
| 181532 | 0811 | 000 |     | 05/03/2007 | 177.43 | | | | | | 9,644.88 |
| 181602 | 0811 | 000 | W/O | 05/07/2007 | 5,417.16 | | | | | | 15,062.04 |
| 181608 | 0811 | 000 | W/O | 05/07/2007 | 2,341.90 | | | | | | 17,403.94 |
| 181624 | 0811 | 000 |     | 05/07/2007 | 719.28 | | | | | | 18,123.22 |
| 181630 | 0811 | 000 |     | 05/07/2007 | 235.17 | | | | | | 18,358.39 |
| 181704 | 0811 | 000 | W/O | 05/10/2007 | 1,275.49 | | | | | | 19,633.88 |
| 181720 | 0811 | 000 |     | 05/10/2007 | 522.70 | | | | | | 20,156.58 |
| 181788 | 0811 | 000 |     | 05/14/2007 | 182.77 | | | | | | 20,339.35 |
| 181789 | 0811 | 000 |     | 05/14/2007 | 74.92 | | | | | | 20,414.27 |
| 181791 | 0811 | 000 |     | 05/14/2007 | 91.38 | | | | | | 20,505.65 |
| 181796 | 0811 | 000 | W/O | 05/14/2007 | 301.27 | | | | | | 20,806.92 |
| 181800 | 0811 | 000 |     | 05/14/2007 | 2,813.13 | | | | | | 23,620.05 |
| 181809 | 0811 | 000 | W/O | 05/15/2007 | 1,893.93 | | | | | | 25,513.98 |
| 181815 | 0811 | 000 | W/O | 05/15/2007 | 2,477.77 | | | | | | 27,991.75 |
| 181826 | 0811 | 000 |     | 05/15/2007 | 1,002.57 | | | | | | 28,994.32 |
| 181830 | 0811 | 000 | W/O | 05/15/2007 | 644.40 | | | | | | 29,638.72 |
| 181864 | 0811 | 000 | W/O | 05/16/2007 | 761.92 | | | | | | 30,400.64 |
| 181872 | 0811 | 000 |     | 05/16/2007 | 310.08 | | | | | | 30,710.72 |
| 181878 | 0811 | 000 | W/O | 05/17/2007 | 372.56 | | | | | | 31,083.28 |
| 181915 | 0811 | 000 | W/O | 05/18/2007 | 815.54 | | | | | | 31,898.82 |
| 181917 | 0811 | 000 |     | 05/18/2007 | 57.94 | | | | | | 31,956.76 |
| 181939 | 0811 | 000 | W/O | 05/18/2007 | 702.12 | | | | | | 32,659.88 |
| 181986 | 0811 | 000 | W/O | 05/21/2007 | 2,644.45 | | | | | | 35,303.33 |
| 181993 | 0811 | 000 |     | 05/21/2007 | 150.91 | | | | | | 35,454.24 |
| 181994 | 0811 | 000 | W/O | 05/21/2007 | 715.56 | | | | | | 36,169.80 |
| 182032 | 0811 | 000 | W/O | 05/22/2007 | -447.89 | | | | | | 35,721.91 |
| 182033 | 0811 | 000 | W/O | 05/22/2007 | 2,891.71 | | | | | | 38,613.62 |
| 182049 | 0811 | 000 | W/O | 05/23/2007 | 1,656.80 | | | | | | 40,270.42 |
| 182069 | 0811 | 000 |     | 05/23/2007 | 14.51 | | | | | | 40,284.93 |
| 182077 | 0811 | 000 | W/O | 05/24/2007 | 1,339.39 | | | | | | 41,624.32 |
| 182090 | 0811 | 000 |     | 05/24/2007 | 228.33 | | | | | | 41,852.65 |
| 182092 | 0811 | 000 |     | 05/24/2007 | 164.79 | | | | | | 42,177.44 |
| 182094 | 0811 | 000 |     | 05/24/2007 | 164.78 | | | | | | 42,342.22 |
| 182099 | 0811 | 000 |     | 05/25/2007 | 1,082.11 | | | | | | 43,424.33 |
| 182132 | 0811 | 000 | W/O | 05/29/2007 | 14,779.66 | | | | | | 58,203.99 |

```
ARN5-423                      84 LUMBER COMPANY
12/13/08  11:53 am          ACCOUNT HISTORY REPORT                    PAGE    2

                    Account:  0811 0690 000     Start Date: 01/01/07
                              BOSS CONSTRUCTION

Invoice  Store  Sub   W/A    Sale         Sale      Finance   Invoice   Check    Payment      Payment
Number          Acct  W/O    Date         Amount    Charges   Number    Number   Date         Amount       Balance

182134   0811   000          05/29/2007    192.17                                                          58,396.16
182145   0811   000          05/29/2007     29.03                                                          58,425.19
182147   0811   000   W/O    05/29/2007    603.45                                                          59,028.64
182150   0811   000   W/O    05/29/2007    785.02                                                          59,813.66
182157   0811   000   W/O    05/29/2007     38.54                                                          59,852.20
182159   0811   000   W/O    05/29/2007    138.14                                                          59,990.34
182215   0811   000   W/O    05/31/2007   -798.00                                                          59,192.34
182216   0811   000   W/O    05/31/2007    992.23                                                          60,184.57
182217   0811   000   W/O    05/31/2007    348.39                                                          60,532.96
182225   0811   000   W/O    05/31/2007   -738.66                                                          59,794.30
70601    0811   000   W/O    06/01/2007  2,965.68   Int/Fin                                                62,759.98
182247   0811   000   W/O    06/01/2007    291.19                                                          63,051.17
182248   0811   000   W/O    06/01/2007  2,324.19                                                          65,375.36
                                                              181506    29962    06/04/2007   3,182.13    62,193.23
                                                              181915    29962    06/04/2007     815.54    61,377.69
182292   0811   000   W/O    06/04/2007    543.95                                                          61,921.64
182295   0811   000          06/04/2007     69.07                                                          61,990.71
182296   0811   000          06/04/2007    137.00                                                          62,127.71
182308   0811   000   W/O    06/05/2007   -161.04                                                          61,966.67
182316   0811   000          06/05/2007    216.95                                                          62,183.62
182317   0811   000          06/05/2007    280.88                                                          62,464.50
182330   0811   000          06/06/2007    269.91                                                          62,734.41
182357   0811   000          06/06/2007    292.70                                                          63,027.11
182359   0811   000   W/O    06/07/2007  1,053.71                                                          64,080.82
182366   0811   000   W/O    06/07/2007  1,420.64                                                          65,501.46
182369   0811   000   W/O    06/07/2007  1,754.21                                                          67,255.67
182371   0811   000   W/O    06/07/2007  3,486.20                                                          70,741.87
182386   0811   000   W/O    06/07/2007    963.20                                                          71,705.07
182394   0811   000   W/O    06/07/2007    900.14                                                          72,605.21
                                                              181428    29969    06/08/2007   2,203.03    70,402.18
182412   0811   000   W/O    06/08/2007  1,577.03                                                          71,979.21
182426   0811   000   W/O    06/08/2007    779.57                                                          72,758.78
182432   0811   000   W/O    06/08/2007    174.55                                                          72,933.33
182433   0811   000   W/O    06/08/2007    -38.83                                                          72,894.50
182437   0811   000   W/O    06/08/2007    159.23                                                          73,053.73
6019969  0811   000   W/O    06/08/2007       .00                                                          73,053.73
                                                              6019969   29969    06/08/2007   2,203.03    70,850.70
182496   0811   000          06/12/2007    366.67                                                          71,217.37
182497   0811   000          06/12/2007    -58.79                                                          71,158.58
182503   0811   000   W/O    06/13/2007  1,979.87                                                          73,138.45
182432   0811   000   W/O    06/13/2007    110.66                                                          73,249.11
182510   0811   000   W/O    06/13/2007    110.66                                                          73,359.77
182512   0811   000   W/O    06/13/2007    370.92                                                          73,730.69
```

```
ARS5423                              84 LUMBER COMPANY
02/13/08  11:53 am                ACCOUNT HISTORY REPORT                              PAGE  3

                                    BOSS CONSTRUCTION
                    Account:  0811 0690 000       Start Date: 01/01/07

Invoice  Store  Sub   W/A   Sale         Sale      Finance   Invoice   Check    Payment      Payment
Number          Acct  W/O   Date         Amount    Charges   Number    Number   Date         Amount        Balance

182513   0811   000         06/13/2007      98.06                                                          73,828.75
182514   0811   000         06/13/2007     140.41                                                          73,969.16
         0811   000                                                    29993    06/14/2007       229.54    73,739.62
         0811   000                                                    29993    06/14/2007        59.12    73,680.50
         0811   000                                                    29993    06/14/2007       693.14    72,987.36
182531   0811   000   W/O   06/14/2007     205.33                      181450                              73,192.69
182539   0811   000   W/O   06/14/2007   1,590.10                      181457                              74,782.79
182543   0811   000   W/O   06/14/2007      22.58                      181462                              74,805.37
182576   0811   000   W/O   06/15/2007   1,904.33                                                          76,709.70
182587   0811   000   W/O   06/15/2007      94.90                                                          76,804.60
182592   0811   000   W/O   06/15/2007      69.07                                                          76,873.67
182594   0811   000   W/O   06/15/2007     113.74                                                          76,987.41
182613   0811   000   W/O   06/18/2007   2,518.10                                                          79,505.51
182615   0811   000   W/O   06/18/2007      69.07                                                          79,574.58
182623   0811   000   W/O   06/18/2007     621.52                                                          80,196.10
182624   0811   000   W/O   06/18/2007     151.98                                                          80,348.08
182625   0811   000   W/O   06/18/2007      49.33                                                          80,397.41
182627   0811   000   W/O   06/18/2007      49.33                                                          80,446.74
182628   0811   000   W/O   06/18/2007      50.17                                                          80,496.91
182667   0811   000   W/O   06/19/2007    -743.60                                                          79,753.31
182648   0811   000   W/O   06/19/2007     844.41                                                          80,597.72
182651   0811   000   W/O   06/19/2007      18.79                                                          80,616.51
182665   0811   000   W/O   06/20/2007   3,652.45                                                          84,268.96
182689   0811   000   W/O   06/21/2007   2,995.74                                                          87,264.70
182690   0811   000   W/O   06/21/2007   2,983.81                                                          90,248.51
182767   0811   000   W/O   06/25/2007      81.70                                                          90,330.21
182777   0811   000   W/O   06/25/2007      59.66                                                          90,389.87
         0811   000                                                    30105    06/28/2007     1,002.57    89,387.30
         0811   000                                                    30105    06/28/2007       164.78    89,222.52
17748    0826   000   W/O   06/29/2007     920.51                      181828                              90,143.03
70701    0811   000   W/O   07/01/2007   1,980.42    Int/Fin                                               92,123.45
70701    0826   000   W/A   07/01/2007      55.24    Int/Fin                                               92,178.69
17850    0826   000   W/O   07/02/2007   1,281.95                      182094                              93,460.64
17887    0826   000   W/O   07/02/2007   1,285.58                                                          94,746.22
17895    0826   000   W/O   07/02/2007     214.42                                                          94,960.64
17963    0826   000   W/O   07/05/2007     392.11                                                          95,352.75
17964    0826   000   W/O   07/05/2007    -117.05                                                          95,235.70
17968    0826   000   W/O   07/05/2007     927.54                                                          96,163.24
17979    0826   000   W/O   07/06/2007   1,399.10                                                          97,562.34
17981    0826   000   W/O   07/06/2007     294.62                                                          97,856.96
         0811   000                                                    30199    07/06/2007     2,813.13    95,043.83
         0811   000                                                    30199    07/06/2007       372.56    94,671.27
         0811   000                                                    30199    07/06/2007        57.94    94,613.33
```

```
ARH5421                       84 LUMBER COMPANY
02/13/08  11:53 am           ACCOUNT HISTORY REPORT              PAGE   4

                             BOSS CONSTRUCTION

                 Account: 0811 0690 000    Start Date: 01/01/07

Invoice        Sub  W/A   Sale        Sale      Finance   Invoice  Check   Payment      Payment
Number  Store  Acct R/O   Date        Amount    Charges   Number   Number  Date         Amount      Balance

18004   0826   000  W/O   07/07/2007    -72.76                                                       94,540.57
18005   0826   000  W/O   07/07/2007    -98.39                                                       94,442.18
18006   0826   000  W/O   07/07/2007   -202.30                                                       94,239.88
18017   0826   000  W/O   07/09/2007  2,603.14                                                       96,843.02
18019   0826   000  W/O   07/09/2007   -122.72                                                       96,720.30
18020   0826   000  W/O   07/09/2007  4,669.34                                                      101,389.64
18021   0826   000  W/O   07/09/2007  1,835.37                                                      103,225.01
18052   0826   000  W/O   07/09/2007  2,021.94                                                      105,246.95
19072   0826   000  W/O   07/10/2007  2,053.37                                                      107,300.32
18080   0826   000  W/O   07/10/2007    606.49                                                      107,906.81
18081   0826   000  W/O   07/10/2007  2,257.12                                                      110,163.93
18118   0826   000  W/O   07/11/2007     37.19                                                      110,201.12
18236   0826   000  W/O   07/16/2007  1,775.47                                                      111,976.59
18253   0826   000  W/O   07/16/2007   -227.38                                                      111,749.21
18346   0826   000  W/O   07/18/2007   -105.19                                                      111,644.02
                                                          181461   30288   07/18/2007   1,001.07    110,642.95
                                                          181513   30289   07/18/2007     327.02    110,315.93
                                                          181532   30289   07/18/2007     177.43    110,138.50
                                                          181624   30289   07/18/2007     719.28    109,419.22
                                                          181630   30289   07/18/2007     235.17    109,184.05
                                                          181789   30288   07/18/2007      74.92    109,109.13
                                                          182099   30289   07/18/2007   1,082.11    108,027.02
                                                          182624   30288   07/18/2007     151.98    107,875.04
18510   0826   000  W/O   07/24/2007  3,040.58                                                      110,915.62
18521   0826   000  W/O   07/24/2007    -49.73                                                      110,865.89
                                                          181474   4574    07/26/2007   1,772.40    109,093.49
                                                          182357   30366   07/26/2007     292.70    108,800.79
                                                          182496   30366   07/26/2007     366.67    108,434.12
                                                          182528   30366   07/26/2007      50.17    108,383.95
18689   0826   000  W/O   07/30/2007    235.61                                                      108,619.56
70801   0826   000  W/O   08/01/2007  1,163.67  Int/Fin                                             109,782.23
                                                          182090   30727   10/01/2007     228.33    109,553.90
                                                          182150   30727   10/01/2007     785.02    108,768.86
                                                          182159   30727   10/01/2007     138.14    108,630.74
                                                          182295   30727   10/01/2007      69.07    108,561.67
                                                          182296   30727   10/01/2007     137.00    108,424.67
                                                          182316   30727   10/01/2007     216.95    108,207.72
                                                          182317   30727   10/01/2007     280.88    107,926.84
                                                          182330   30727   10/01/2007     269.91    107,656.93
                                                          182511   30909   10/22/2007     110.66    107,546.27
                                                          182514   30909   10/22/2007     140.41    107,405.86
                                                          182134   30911   10/24/2007     192.17    107,213.69
                                                          17981    31027   11/16/2007     294.62    105,919.07
```

```
4RNS423                        84 LUMBER COMPANY
02/13/08  11:53 am         ACCOUNT HISTORY REPORT                PAGE  5
                         ROSS CONSTRUCTION
                  Account: 0811 0690 000    Start Date: 01/01/07
```

| Invoice Number | Store | Sub Acct | W/A W/O | Sale Date | Sale Amount | Finance Charges | Invoice Number | Check Number | Payment Date | Payment Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0811 | 000 | | | | | 182092 | 31064 | 11/19/2007 | 324.79 | 106,594.28 |
| | 0811 | 000 | | | | | 181788 | 31063 | 11/23/2007 | 182.77 | 106,411.51 |
| | 0811 | 000 | | | | | 182437 | 31063 | 11/23/2007 | 159.23 | 106,252.28 |
| | 0811 | 000 | | | | | 181720 | 31181 | 12/03/2007 | 522.70 | 105,729.58 |
| | 0811 | 000 | | | | | 181872 | 31179 | 12/03/2007 | 310.08 | 105,419.50 |
| | 0811 | 000 | | | | | 181993 | 31179 | 12/03/2007 | 150.91 | 105,268.59 |
| | 0811 | 000 | | | | | 182513 | 31179 | 12/03/2007 | 98.06 | 105,170.53 |
| | 0811 | 000 | | | | | 182587 | 31179 | 12/03/2007 | 94.90 | 105,075.63 |
| | 0811 | 000 | | | | | 182969 | 31180 | 12/07/2007 | 14.51 | 105,061.12 |
| | 0811 | 000 | | | | | 182615 | 31180 | 12/07/2007 | 69.07 | 104,992.05 |
| | 0811 | 000 | | | | | 182623 | 31180 | 12/07/2007 | 621.52 | 104,370.53 |
| | 0811 | 000 | | | | | 181791 | 4660 | 12/10/2007 | 91.38 | 104,279.15 |
| | 0811 | 000 | | | | | 182145 | 4660 | 12/10/2007 | 29.03 | 104,250.12 |
| | 0811 | 000 | | | | | 182531 | 4660 | 12/10/2007 | 205.33 | 104,044.79 |
| | 0811 | 000 | | | | | 182543 | 4660 | 12/10/2007 | 22.58 | 104,022.21 |
| | 0811 | 000 | | | | | 182767 | 4660 | 12/10/2007 | 81.70 | 103,940.51 |
| | 0811 | 000 | | | | | 182777 | 4660 | 12/10/2007 | 59.66 | 103,880.85 |

** TOTAL PAGE.07 **