# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

84 Lumber Company, a Pennsylvania
Limited Partnership

           Plaintiff,

-vs-

Boss Construction, Inc. and
Steven Roger Smith

           Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 CV 958

ASSIGNED JUDGE: MANNING

DESIGNATED
MAGISTRATE JUDGE: COLE

TO: Steven Roger Smith
    1904 Garnet Ct, Unit "D"
    New Lenox, IL 60451

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEYS

Arthur Raphael
Edward S. Margolis
Kevin E. Posen
Teller Levit and Silvertrust, P.C.
Attorneys for Plaintiff
11 East Adams Street--#800
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_(signature)_

(By) DEPUTY CLERK

FEB 1 9 2008

DATE

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE March 23, 2008 |
| NAME OF SERVER (PRINT) Robert Eldridge | TITLE S.P.S. |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

10920 Antelope Lane
Orland Park, IL.

1904 Garnet Ct., Unit D
New Lenox, IL. — No Contact

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $62.00 | TOTAL $62.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    Date March 23, 2008    Signature of Server  *Robert Eldridge*

*Address of Server*

**ALL-PRO PROCESS**
7737 W 80th Place Suite 101
Bridgeview, IL 60455

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.