142181 ESM/kc 4/15/08

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS--EASTERN DIVISION

| | |
|---|---|
| 84 Lumber Company, a Pennsylvania Limited Partnership ) | |
| ) | |
| Plaintiff, ) | No. 08CV-958 |
| -vs- ) | |
| ) | |
| Boss Construction, Inc. and Steven Roger Smith ) | |
| ) | |
| Defendant(s). ) | |

### AFFIDAVIT OF BRENDA TORRI

NOW COMES Brenda Torri, and having been first duly sworn states the following under oath:

1. That the Affiant is over the age of 21, under no legal disability, and if called upon to testify at the trial of this lawsuit would testify in accord with this Affidavit.

2. That the Affiant is the _Legal Assistant_ of the Plaintiff, 84 Lumber Company, a Pennsylvania Limited Partnership,

3. That in my capacity as _Legal Assistant_ I keep in my custody and control the account receivable records for the Plaintiff.

4. That amongst those records are the account receivable records for Defendant, Boss Construction, Inc.

5. That Exhibit "A" attached is a certain credit application for Boss Construction, Inc. executed by its President, Steven Smith.

6. That also attached as Exhibit "B" is an itemized summary statement of account for the account of Defendant, Boss Construction, Inc.

7. That the summary statement of account summarizes some 100 invoices for materials sold and delivered to the Defendant, Boss Construction, Inc., and said summary and the invoices in support thereof kept under my custody and control are records kept in the ordinary course of business of the Plaintiff.

8. That in accord with those records, there is a principal balance due and owing from the Defendant to the Plaintiff of $103,880.85.

9. That said account has been duly guaranteed by the Defendant, Steven Roger Smith, as per the Credit Application.

10. That after giving the Defendant credit for all payments on account, there is a principal balance due and owing from the Defendant to the Plaintiff of $103,880.85



PLAINTIFF'S EXHIBIT C

11. That as per the terms of the Credit Application, Plaintiff is entitled to interest on the unpaid balance at the rate of 18% from January 1, 2008 to the date of the hearing of this motion which comes to $4,500.00, plus reasonable attorneys' fees which the Plaintiff's claims to be $2,500.00.

FURTHER, THE AFFIANT SAYETH NAUGHT.

SIGNED AND SWORN TO BEFORE ME THIS 29 DAY OF April, 2008.

_____
NOTARY PUBLIC

Commonwealth of Pennsylvania
NOTARIAL SEAL
AMY L. CRISS, Notary Public
City of Eighty Four, County of Washington
My Commission Expires November 14, 2009

Brenda Torri
Name: Brenda Torri
Position: Legal Assistant

APR-20-2007 10:55 FROM:BOSS CONSTRUCTION 18157669931 TO:632 769 4941 P.1/1

# CONTRACTOR - COMMERCIAL CREDIT APPLICATION

## 84 LUMBER
Celebrating 50 Years!
APR 28 2007

**CREDIT DEPARTMENT**
NET 60 DAYS
FOR STORE/OFFICE USE ONLY
Store Name: ___
Store Number: 0811
Acct. Number: #690

(Please Print in CAPITAL LETTERS)

Applicant/Business Name: BOSS CONSTRUCTION
Business Address: 1904 GARNET CT
City, State, Zip Code: NEW LENOX, IL 60451
Billing Address: SAME
Previous Business Address: ___
Phone: (815) 726-1400
Fax: (815) 726-8931
E-mail: ___
☐ Sole Proprietorship
☐ Partnership
☐ Corporation

Name of Owner, General Partner or President: STEVE SMITH
Social Security Number: ___
Address: 1904 GARNET CT
City, State, Zip Code: NEW LENOX, IL 60451
Previous Address: ___
(If less than one year at present address, include previous)

Name of other Partner or Vice President: ___
Social Security Number: ___
Address: ___
City, State, Zip Code: ___
Previous Address: ___

Date Business Started: 01/06/96
State of Incorporation or Partnership: IL
Fed. Tax ID#: 36-4229779

Type of Business: ☐ General Contractor ☐ Subcontractor ☒ Remodeler ☐ Other ___
Number of homes built in the last 3 years: ___
Operation: ☐ Speculation ___ % ☐ Contract ___ % Expected monthly credit utilization $___
Number of years home building experience: ___ Title/Position/Duties: ___
Financial Statement attached? ☐ Yes ☐ No  Have you ever filed for Bankruptcy? ☐ Yes ☐ No  If Yes, When? ___

### BANK REFERENCES
Primary Bank: PRAIRIE BANK  City: BRIDGEVIEW  State: IL  Phone: (708) 599-0100
Type of Account: Checking Account No. YES  Savings Account No. ___
Officer to Contact: DARYL PEDERSEN  Line of Credit Amount $___  ☐ Secured ☐ Unsecured
Secondary Bank: ___  City: ___  State: ___  Phone: ___
Type of Account: Checking Account No. ___  Savings Account No. ___
Officer to Contact: ___  Line of Credit Amount $___  ☐ Secured ☐ Unsecured

### PRINCIPAL TRADE REFERENCES
| | NAME | STREET/CITY/STATE/ZIP | PHONE | LINE OF CREDIT |
|---|---|---|---|---|
| Primary Bld. Matls. | VIRI 5747 E WHOLESALE | HICKORY HILLS, IL | (708) 599-9770 | |
| Secondary Bld. Matls. | HOME DEPOT | DES MOINES, IA | (800) 494-1946 | |
| Concrete Stone Bld. Matls. | RICHARDS | JOLIET, IL | (815) 464-7253 | |
| Other Trade | ___ | ___ | ( ) ___ | |

MUST HAVE MINIMUM OF FOUR TRADE REFERENCES

BY SIGNING BELOW I HEREBY CERTIFY THAT I AM THE OWNER, GENERAL PARTNER OR PRESIDENT OF THE ABOVE BUSINESS, AND I DO UNCONDITIONALLY AND IRREVOCABLY PERSONALLY GUARANTEE THIS CREDIT ACCOUNT AND PAYMENTS OF ANY AND ALL AMOUNTS DUE BY THE ABOVE BUSINESS, AND THAT I HAVE READ ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS APPLICATION AND UNDERSTAND AND AGREE TO THE SAME, AND THAT ALL OF THE INFORMATION CONTAINED IN THIS APPLICATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. (APPLICATION MUST BE FULLY COMPLETED, SIGNED AND WITNESSED.)

X Witness ___  X Applicant [signature]  Date 4/18/07
Print Name ___

X Witness ___  X Applicant [signature]  Date 4/18/07
Print Name STEVE SMITH
(If Applicant is a Partnership, then general Partner must sign the application.
If Applicant is a corporation, then President must sign the application.)

REV. 6/00

PLAINTIFF'S EXHIBIT A TORRI

1/1  6307594841  84 Lumber  11:14  Apr-20-2007

FEB 13 2008 12:31 FR    TO 914129275048    P.02/07
Case 1:08-cv-00958    Document 13-4    Filed 04/30/2008    Page 4 of 5
Case 1:08-cv-00958    Document 9-2    Filed 03/04/2008    Page 2 of 2

## CONTRACTOR - COMMERCIAL CREDIT AGREEMENT TERMS AND CONDITIONS

Applicant and Personal Guarantor(s) signing this Contractor - Commercial Credit Application ("Application") agree to accept credit extended by 84 Lumber Company and its affiliates and subsidiaries, including but not limited to 84 Components (collectively referred to herein as "84") subject to the following terms and conditions:

1. A NUMBER INVOICE SHALL BE FURNISHED WITH EACH PURCHASE. THE CUT-OFF DATE FOR MONTHLY BILLING IS THE TWENTY-FIFTH (25TH). A BILL/STATEMENT OF THE TRANSACTIONS WILL BE SENT TO APPLICANT AND MUST BE PAID IN FULL NO LATER THAN THE TENTH (10TH) OF THE MONTH NEXT FOLLOWING THE CUT-OFF DATE; A FINANCE/LATE CHARGE WILL BE ASSESSED AT 1.5% PER MONTH, WHICH IS 18% PER ANNUM, ON THE BALANCE THAT IS PAST DUE;

2. Applicant agrees to grant and 84 is retaining a Purchase Money Security Interest under the Uniform Commercial Code on the building materials purchased on Applicant's account until such building materials are paid for in full;

3. All billing errors must be reported to the 84 Credit Department in writing within thirty (30) days after 84 has sent Applicant the first statement on which the error appears. Applicant agrees to immediately notify the 84 Credit Department in writing of any unauthorized purchases on Applicant's account;

4. 84 shall have the right to rely upon all reasonable representations of persons representing themselves to be agents of Applicant as to authority to make purchases on Applicant's account unless the 84 Credit Department receives prior written notification from Applicant limiting agents authorized to make purchases;

5. Applicant agrees to have an agent at job sites to sign invoices or bills of lading. Failure to do so will constitute a legal acceptance by Applicant of building materials delivered even though no invoice or bill of lading has been signed. Applicant must notify the applicable 84 store in writing of all claims for errors, shortages, damages and defects within twenty-four (24) hours of delivery;

6. Applicant agrees to furnish the applicable 84 store with an address and legal description for each job site where purchased building materials are used;

7. 84 has the right to close Applicant's account at any time, with or without cause, change the terms and conditions or sell, assign or transfer Applicant's account upon written notification to Applicant from the 84 Credit Department. Applicant agrees to notify the 84 Credit Department in writing of Applicant's desire to close Applicant's account, change of address, ownership, company name or change in legal business status;

8. IF THIS ACCOUNT IS PLACED FOR COLLECTION, APPLICANT AND PERSONAL GUARANTOR(S) AGREE TO PAY 84 REASONABLE ATTORNEYS FEES AND COSTS, INCLUDING FEES AND COSTS FOR MECHANIC'S LIENS;

9. Applicant and Personal Guarantor(s) hereby authorize any and all banks, credit reporting agencies, principal trade references listed on this Application, or any other credit source available to furnish credit information to 84. Applicant gives 84 permission to furnish business solicitation information about Applicant to third parties;

10. Applicant agrees that any credit extended hereunder is strictly commercial credit and does not arise out of a consumer transaction and is therefore not governed by applicable federal or state consumer credit regulations;

11. The entire agreement of the parties is set forth in this written document and there are no other oral or written understandings, promises, representations or agreements. This Agreement cannot be modified or amended except by a written document signed by both Applicant and the 84 Credit Department; and this Agreement shall supersede all previous communications, representations, or agreements, either verbal or written, between the parties hereto. This Agreement shall take precedence, supercede and control over any conflicting or additional terms contained in purchase orders, contracts or other similar documents issued or executed by the parties and no such documents shall be binding upon 84 unless approved and signed by an authorized officer of 84. Applicant understands and agrees that except for an authorized officer, no employees of 84 have the authority to sign contracts on behalf of 84. In the event that an 84 employee signs a contract with Applicant, such document shall not constitute a binding or valid contract unless later approved in writing by an authorized officer of 84;

12. The waiver or invalidity of any provision herein shall not affect the validity of any other provision herein;

13. In no event shall 84 be liable for liquidated, incidental, punitive or consequential damages in connection with building materials or installation purchased by Applicant. 84 disclaims any express or implied warranties of merchantability or fitness for a particular purpose on building materials or installation purchased by Applicant. In no event shall 84's liability exceed the replacement cost of building materials or installation.

14. This Agreement shall be governed by and construed in accordance with the laws of the Commonwealth of Pennsylvania;

15. With the exception of actions by 84 to enforce liens or collect past-due amounts, 84 and Applicant agree that all disputes arising out of or relating to this Agreement, including but not limited to claims relating to building materials or installation, shall be settled by final and binding arbitration in Pittsburgh, Pennsylvania in accordance with the Construction Arbitration Rules of the American Arbitration Association and judgment upon the award rendered by the arbitrator or arbitrators may be entered in any court having jurisdiction thereof;

16. JURY WAIVER. APPLICANT AND GUARANTOR(S) EXPRESSLY WAIVE THE RIGHT TO A TRIAL BY JURY OF ANY MATTERS ARISING OUT OF OR RELATING TO THIS AGREEMENT, OR ANY TRANSACTIONS CONTEMPLATED HEREBY;

17. All written notices to 84 by Applicant required under this Agreement shall be sent Certified Mail - Return Receipt Requested to: 84 Lumber Company, Credit Department, Building #2, 1019 Route 519, Eighty Four, Pennsylvania 15330-2810;

18. Applicant agrees not to withhold, setoff, deduct or retain payment against amounts due 84 on this Account for any alleged claims or charges.

PLAINTIFF'S EXHIBIT
B
TORR.
PENGAD 800-631-6989

AR054423                          84 LUMBER COMPANY
02/13/02 11:53 am                 ACCOUNT HISTORY REPORT                     PAGE  1

                        Account: 0811 0699 000    Start Date: 01/01/07
                        BOSS CONSTRUCTION

| Invoice Number | Store | Sub Acct | N/A W/O | Sale Date | Sale Amount | Finance Charges | Invoice Number | Check Number | Payment Date | Payment Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 181428 | 0811 | 000 |     | 04/27/2007 | 2,203.03 |  |  |  |  |  | 2,203.03 |
| 181430 | 0811 | 000 |     | 04/30/2007 | 229.54 |  |  |  |  |  | 2,432.57 |
| 181457 | 0811 | 000 |     | 04/30/2007 | 59.12 |  |  |  |  |  | 2,491.69 |
| 181461 | 0811 | 000 |     | 04/30/2007 | 1,001.07 |  |  |  |  |  | 3,492.76 |
| 181462 | 0811 | 000 |     | 04/30/2007 | 693.14 |  |  |  |  |  | 4,185.90 |
| 181474 | 0811 | 000 |     | 05/01/2007 | 1,772.40 |  |  |  |  |  | 5,958.30 |
| 181506 | 0811 | 000 |     | 05/02/2007 | 3,182.13 |  |  |  |  |  | 9,140.43 |
| 181513 | 0811 | 000 |     | 05/02/2007 | 327.02 |  |  |  |  |  | 9,467.45 |
| 181532 | 0811 | 000 |     | 05/03/2007 | 177.43 |  |  |  |  |  | 9,644.88 |
| 181602 | 0811 | 000 | W/O | 05/07/2007 | 5,417.16 |  |  |  |  |  | 15,062.04 |
| 181608 | 0811 | 000 | W/O | 05/07/2007 | 2,341.99 |  |  |  |  |  | 17,403.94 |
| 181624 | 0811 | 000 |     | 05/07/2007 | 719.28 |  |  |  |  |  | 18,123.22 |
| 181630 | 0811 | 000 |     | 05/07/2007 | 235.17 |  |  |  |  |  | 18,358.39 |
| 181704 | 0811 | 000 | W/O | 05/10/2007 | 1,275.49 |  |  |  |  |  | 19,633.88 |
| 181720 | 0811 | 000 |     | 05/10/2007 | 522.70 |  |  |  |  |  | 20,156.58 |
| 181788 | 0811 | 000 |     | 05/14/2007 | 182.77 |  |  |  |  |  | 20,339.35 |
| 181789 | 0811 | 000 |     | 05/14/2007 | 74.92 |  |  |  |  |  | 20,414.27 |
| 181791 | 0811 | 000 |     | 05/14/2007 | 91.38 |  |  |  |  |  | 20,505.65 |
| 181796 | 0811 | 000 | W/O | 05/14/2007 | 301.27 |  |  |  |  |  | 20,806.92 |
| 181800 | 0811 | 000 |     | 05/14/2007 | 2,813.13 |  |  |  |  |  | 23,620.05 |
| 181809 | 0811 | 000 | W/O | 05/15/2007 | 1,893.93 |  |  |  |  |  | 25,513.98 |
| 181815 | 0811 | 000 | B/D | 05/15/2007 | 2,477.77 |  |  |  |  |  | 27,991.75 |
| 181826 | 0811 | 000 |     | 05/15/2007 | 1,002.57 |  |  |  |  |  | 28,994.32 |
| 181830 | 0811 | 000 | W/O | 05/15/2007 | 644.40 |  |  |  |  |  | 29,638.72 |
| 181864 | 0811 | 000 | W/O | 05/16/2007 | 761.92 |  |  |  |  |  | 30,400.64 |
| 181872 | 0811 | 000 |     | 05/16/2007 | 310.08 |  |  |  |  |  | 30,710.72 |
| 181878 | 0811 | 000 |     | 05/17/2007 | 372.56 |  |  |  |  |  | 31,083.28 |
| 181915 | 0811 | 000 |     | 05/18/2007 | 815.54 |  |  |  |  |  | 31,898.82 |
| 181937 | 0811 | 000 |     | 05/18/2007 | 57.94 |  |  |  |  |  | 31,956.76 |
| 181939 | 0811 | 000 | W/O | 05/18/2007 | 702.12 |  |  |  |  |  | 32,658.88 |
| 181986 | 0811 | 000 | W/O | 05/21/2007 | 2,644.45 |  |  |  |  |  | 35,303.33 |
| 181993 | 0811 | 000 | W/O | 05/21/2007 | 150.91 |  |  |  |  |  | 35,454.24 |
| 181994 | 0811 | 000 | W/O | 05/21/2007 | 715.56 |  |  |  |  |  | 36,169.80 |
| 182032 | 0811 | 000 | W/O | 05/22/2007 | -447.89 |  |  |  |  |  | 35,721.91 |
| 182033 | 0811 | 000 | W/O | 05/22/2007 | 2,892.71 |  |  |  |  |  | 38,613.62 |
| 182069 | 0811 | 000 | W/O | 05/23/2007 | 1,656.80 |  |  |  |  |  | 40,270.42 |
| 182069 | 0811 | 000 |     | 05/23/2007 | 14.51 |  |  |  |  |  | 40,284.93 |
| 182077 | 0811 | 000 | W/O | 05/24/2007 | 1,339.39 |  |  |  |  |  | 41,624.32 |
| 182090 | 0811 | 000 |     | 05/24/2007 | 228.33 |  |  |  |  |  | 41,852.65 |
| 182092 | 0811 | 000 |     | 05/24/2007 | 324.79 |  |  |  |  |  | 42,177.44 |
| 182094 | 0811 | 000 |     | 05/24/2007 | 164.78 |  |  |  |  |  | 42,342.22 |
| 182099 | 0811 | 000 |     | 05/25/2007 | 1,082.11 |  |  |  |  |  | 43,424.33 |
| 182132 | 0811 | 000 | W/O | 05/29/2007 | 14,779.66 |  |  |  |  |  | 58,203.99 |

```
1605423                     84 LUMBER COMPANY
02/13/08  11:53 am         ACCOUNT HISTORY REPORT                                                        PAGE   2
                           BOSS CONSTRUCTION
                   Account: 0811 D690 000      Start Date: 01/01/07
```

| Invoice Number | Store | Sub Acct | W/R W/O | Sale Date | Sale Amount | Finance Charges | Invoice Number | Check Number | Payment Date | Payment Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 182134 | 0811 | 000 |     | 05/29/2007 | 192.17    |         |         |       |            |          | 58,396.16 |
| 182145 | 0811 | 000 |     | 05/29/2007 | 29.03     |         |         |       |            |          | 58,425.19 |
| 182147 | 0811 | 000 | W/O | 05/29/2007 | 603.45    |         |         |       |            |          | 59,028.64 |
| 182150 | 0811 | 000 |     | 05/29/2007 | 785.02    |         |         |       |            |          | 59,813.66 |
| 182157 | 0811 | 000 | W/O | 05/29/2007 | 38.54     |         |         |       |            |          | 59,852.20 |
| 182158 | 0811 | 000 |     | 05/29/2007 | 138.14    |         |         |       |            |          | 59,990.34 |
| 182215 | 0811 | 000 | W/O | 05/31/2007 | -798.00   |         |         |       |            |          | 59,192.34 |
| 182216 | 0811 | 000 | W/O | 05/31/2007 | 992.23    |         |         |       |            |          | 60,184.57 |
| 182217 | 0811 | 000 | W/O | 05/31/2007 | 348.39    |         |         |       |            |          | 60,532.96 |
| 182225 | 0811 | 000 | W/O | 05/31/2007 | -738.66   |         |         |       |            |          | 59,794.30 |
| 70601  | 0811 | 000 | W/O | 06/01/2007 | 2,965.68  | Int/Fin |         |       |            |          | 62,759.98 |
| 182247 | 0811 | 000 | W/O | 06/01/2007 | 291.19    |         |         |       |            |          | 63,051.17 |
| 182248 | 0811 | 000 | W/O | 06/01/2007 | 2,324.19  |         |         |       |            |          | 65,375.36 |
|        | 0811 | 000 |     |            |           |         | 181506  | 29962 | 06/04/2007 | 3,182.13 | 62,193.23 |
|        | 0811 | 000 |     |            |           |         | 181935  | 29962 | 06/04/2007 | 815.54   | 61,377.69 |
| 182292 | 0811 | 000 | W/O | 06/04/2007 | 543.95    |         |         |       |            |          | 61,921.64 |
| 182295 | 0811 | 000 |     | 06/04/2007 | 69.07     |         |         |       |            |          | 61,990.71 |
| 182296 | 0811 | 000 | W/O | 06/04/2007 | 137.00    |         |         |       |            |          | 62,127.71 |
| 182308 | 0811 | 000 | W/O | 06/05/2007 | -161.04   |         |         |       |            |          | 61,966.67 |
| 182316 | 0811 | 000 |     | 06/05/2007 | 216.95    |         |         |       |            |          | 62,183.62 |
| 182317 | 0811 | 000 | W/O | 06/05/2007 | 280.88    |         |         |       |            |          | 62,464.50 |
| 182330 | 0811 | 000 |     | 06/05/2007 | 269.91    |         |         |       |            |          | 62,734.41 |
| 182357 | 0811 | 000 |     | 06/05/2007 | 292.70    |         |         |       |            |          | 63,027.11 |
| 182359 | 0811 | 000 | W/O | 06/07/2007 | 1,053.71  |         |         |       |            |          | 64,080.82 |
| 182366 | 0811 | 000 | W/O | 06/07/2007 | 1,420.64  |         |         |       |            |          | 65,501.46 |
| 182369 | 0811 | 000 | W/O | 06/07/2007 | 1,754.21  |         |         |       |            |          | 67,255.67 |
| 182371 | 0811 | 000 | W/O | 06/07/2007 | 3,486.20  |         |         |       |            |          | 70,741.87 |
| 182385 | 0811 | 000 | W/O | 06/07/2007 | 963.20    |         |         |       |            |          | 71,705.07 |
| 182394 | 0811 | 000 | W/O | 06/07/2007 | 900.14    |         |         |       |            |          | 72,605.21 |
|        | 0811 | 000 |     |            |           |         | 181428  | 29969 | 06/08/2007 | 2,203.03 | 70,402.18 |
| 182412 | 0811 | 000 | W/O | 06/08/2007 | 1,577.03  |         |         |       |            |          | 71,979.21 |
| 182426 | 0811 | 000 | W/O | 06/08/2007 | 779.57    |         |         |       |            |          | 72,758.78 |
| 182432 | 0811 | 000 | W/O | 06/08/2007 | 174.55    |         |         |       |            |          | 72,933.33 |
| 182433 | 0811 | 000 | W/O | 06/08/2007 | -38.83    |         |         |       |            |          | 72,894.50 |
| 182437 | 0811 | 000 | W/O | 06/08/2007 | 159.23    |         |         |       |            |          | 73,053.73 |
| 6019969| 0811 | 000 |     | 06/08/2007 | .00       |         | 6019969 | 29969 | 06/08/2007 | 2,203.03 | 73,053.73 |
| 182496 | 0811 | 000 |     | 06/12/2007 | 366.67    |         |         |       |            |          | 70,850.70 |
| 182497 | 0811 | 000 |     | 06/12/2007 | -58.79    |         |         |       |            |          | 71,217.37 |
| 182503 | 0811 | 000 | W/O | 06/13/2007 | 1,979.87  |         |         |       |            |          | 73,138.45 |
| 182510 | 0811 | 000 | W/O | 06/13/2007 | 110.66    |         |         |       |            |          | 73,249.11 |
| 182511 | 0811 | 000 |     | 06/13/2007 | 110.66    |         |         |       |            |          | 73,359.77 |
| 182512 | 0811 | 000 | W/O | 06/13/2007 | 370.92    |         |         |       |            |          | 73,730.69 |

```
NRM5423                          84 LUMBER COMPANY
02/13/08  11:53 am            ACCOUNT HISTORY REPORT                                          PAGE  3
                              BOSS CONSTRUCTION
                     Account: 0811 0590 000    Start Date: 01/01/07

Invoice  Store  Sub   W/R   Sale        Sale       Finance    Invoice  Check   Payment     Payment
Number         Acct  W/O    Date        Amount     Charges    Number   Number  Date        Amount      Balance

182513   0811  000          06/13/2007     98.06                                                       73,828.75
182514   0811  000          06/13/2007    140.41                                                       73,969.16
182514   0811  000                                             181450   29993   06/14/2007   229.54    73,739.62
182514   0811  000                                             181457   29993   06/14/2007    59.12    73,680.50
182514   0811  000                                             181462   29993   06/14/2007   693.14    72,987.36
182531   0811  000          06/14/2007    205.53                                                       73,192.69
182539   0811  000   W/O    06/14/2007  1,590.10                                                       74,782.79
182541   0811  000          06/14/2007     22.58                                                       74,805.37
182576   0811  000   W/O    06/15/2007  1,904.33                                                       76,709.70
182587   0811  000          06/15/2007     94.90                                                       76,804.60
182592   0811  000   W/O    06/15/2007     69.07                                                       76,873.67
182594   0811  000   W/O    06/15/2007    113.74                                                       76,987.41
182613   0811  000   W/O    06/18/2007  2,518.10                                                       79,505.51
182615   0811  000   W/O    06/18/2007     69.07                                                       79,574.58
182623   0811  000          06/18/2007    621.52                                                       80,196.10
182624   0811  000          06/18/2007    151.98                                                       80,348.08
182625   0811  000   W/O    06/19/2007     49.33                                                       80,397.41
182627   0811  000   W/O    06/19/2007     49.33                                                       80,446.74
182628   0811  000   W/O    06/19/2007     50.17                                                       80,496.91
182647   0811  020   W/O    06/19/2007   -743.60                                                       79,753.31
182648   0811  000   W/O    06/19/2007    844.41                                                       80,597.72
182651   0811  000   W/O    06/19/2007     18.79                                                       80,616.51
182665   0811  000   W/O    06/20/2007  3,652.45                                                       84,268.96
182689   0811  000   W/O    06/21/2007  2,995.74                                                       87,264.70
182690   0811  000   W/O    06/21/2007  2,983.81                                                       90,248.51
182767   0811  000   W/O    06/25/2007     81.70                                                       90,330.21
182777   0811  000   W/O    06/25/2007     59.66                                                       90,389.87
         0813  000   W/O    06/29/2007    920.51  Int/Fin     181828   30105   06/28/2007  1,002.57    89,387.30
         0811  000   W/O    07/01/2007  1,980.42  Int/Fin     182094   30105   06/28/2007    164.78    89,222.52
17748    0811  000   W/O    07/01/2007     55.24                                                       90,143.03
70701    0826  000   W/A    07/01/2007  1,281.95                                                       92,123.45
70701    0826  000   W/O    07/02/2007  1,285.58                                                       92,178.69
17850    0826  000   W/O    07/02/2007    214.42                                                       93,460.64
17887    0826  000   W/O    07/02/2007    392.11                                                       94,746.22
17895    0826  000   W/O    07/05/2007   -117.05                                                       94,960.64
17963    0826  000   W/O    07/05/2007    927.54                                                       95,352.75
17964    0826  000   W/O    07/05/2007  1,399.10                                                       95,235.70
17968    0826  000   W/O    07/05/2007                                                                 96,163.24
17979    0826  000   W/O    07/06/2007    294.62                                                       97,562.34
17981    0826  000   W/O    07/06/2007                                                                 97,856.96
         0811  000                                             181600   30199   07/06/2007  2,823.13   95,043.83
         0811  000                                             181878   30199   07/06/2007    372.56   94,671.27
         0811  000                                             181917   30199   07/06/2007     57.94   94,613.33
```

```
ARHS423                       84 LUMBER COMPANY
02/13/08  11:53 am         ACCOUNT HISTORY REPORT                PAGE  4

                        Account: 0811 0690 000    Start Date: 01/01/07
                                 BOSS CONSTRUCTION

Invoice         Sub  W/A  Sale        Sale      Finance   Invoice  Check   Payment      Payment
Number  Store  Acct       Date        Amount    Charges   Number   Number  Date         Amount        Balance

18004   0826   000   W/O  07/03/2007    -72.76                                                         94,540.57
18005   0826   000   W/O  07/03/2007    -98.39                                                         94,442.18
18006   0826   000   W/O  07/05/2007   -202.30                                                         94,139.88
18017   0826   000   W/O  07/09/2007  2,603.14                                                         96,843.02
18019   0826   000   W/O  07/09/2007   -122.72                                                         96,720.30
18020   0826   000   W/O  07/09/2007  4,669.34                                                        101,389.64
18021   0826   000   W/O  07/09/2007  1,835.37                                                        103,225.01
18052   0826   000   W/O  07/09/2007  2,021.94                                                        105,246.95
18072   0826   000   W/O  07/10/2007  2,053.37                                                        107,300.32
18080   0826   000   W/O  07/10/2007    605.49                                                        107,906.81
18081   0826   000   W/O  07/10/2007  2,257.12                                                        110,163.93
18113   0826   000   W/O  07/11/2007     37.19                                                        110,201.12
18236   0826   000   W/O  07/16/2007  1,775.47                                                        111,976.59
18253   0826   000   W/O  07/16/2007   -227.38                                                        111,749.21
18246   0826   000   W/O  07/18/2007   -105.19                                                        111,644.02
        0811   000                                         181461   30288   07/18/2007   1,001.07     110,642.95
        0811   000                                         181513   30289   07/18/2007     327.02     110,315.93
        0811   000                                         181532   30289   07/18/2007     177.43     110,138.50
        0811   000                                         181624   30289   07/18/2007     719.28     109,419.22
        0811   000                                         181610   30288   07/18/2007     235.17     109,184.05
        0811   000                                         181789   30289   07/18/2007      74.92     109,109.13
        0811   000                                         182099   30289   07/18/2007   1,082.11     108,027.02
        0811   000                                         182624   30288   07/18/2007     151.98     107,875.04
18510   0826   000   W/O  07/24/2007  3,040.58                                                        110,915.62
18521   0826   000   W/O  07/24/2007    -49.73                                                        110,865.89
        0811   000                                         181474   4574    07/26/2007   1,772.40     109,093.49
        0811   000                                         182357   30366   07/26/2007     292.70     108,800.79
        0811   000                                         182496   30366   07/26/2007     366.67     108,434.12
        0811   000                                         182628   30366   07/26/2007      50.17     108,383.95
18689   0826   000   W/O  07/30/2007    235.61                                                        108,619.56
70801   0826   000   W/O  08/01/2007  1,162.67   Int/Fin                                              109,782.23
        0811   000                                         182090   30727   10/01/2007     228.33     109,553.90
        0811   000                                         182150   30727   10/01/2007     785.02     108,768.88
        0811   000                                         182159   30727   10/01/2007     134.14     108,630.74
        0811   000                                         182295   30727   10/01/2007      69.07     108,561.67
        0811   000                                         182296   30727   10/01/2007     137.00     108,424.67
        0811   000                                         182316   30727   10/01/2007     216.95     108,207.72
        0811   000                                         182317   30727   10/01/2007     280.88     107,926.84
        0811   000                                         182330   30727   10/01/2007     269.91     107,656.93
        0811   000                                         182511   30909   10/22/2007     110.66     107,546.27
        0811   000                                         182518   30909   10/22/2007     140.41     107,405.86
        0811   000                                         182134   30921   10/24/2007     192.17     107,213.69
        0826   000                                         17981    31023   11/16/2007     294.62     106,919.07
```

VRNS423  
02/13/08 11:53 am  

84 LUMBER COMPANY  
ACCOUNT HISTORY REPORT    PAGE 5  

BOSS CONSTRUCTION  

Account: 0811 0690 000    Start Date: 01/01/07  

| Invoice Number | Score | Sub Acct | W/A W/O | Sale Date | Sale Amount | Finance Charges | Invoice Number | Check Number | Payment Date | Payment Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0811 | 000 | | | | | 182692 | 31064 | 11/19/2007 | 324.39 | 106,594.28 |
| | 0811 | 000 | | | | | 181788 | 31063 | 11/23/2007 | 182.77 | 106,411.51 |
| | 0811 | 000 | | | | | 182437 | 31063 | 11/23/2007 | 159.23 | 206,252.28 |
| | 0811 | 000 | | | | | 181720 | 31181 | 12/03/2007 | 522.70 | 105,729.58 |
| | 0811 | 000 | | | | | 181872 | 31179 | 12/03/2007 | 310.08 | 105,419.50 |
| | 0811 | 000 | | | | | 181993 | 31179 | 12/03/2007 | 150.91 | 105,268.59 |
| | 0811 | 000 | | | | | 182513 | 31179 | 12/03/2007 | 98.06 | 105,170.53 |
| | 0811 | 000 | | | | | 182587 | 31179 | 12/03/2007 | 94.90 | 105,075.63 |
| | 0811 | 000 | | | | | 182669 | 31180 | 12/07/2007 | 14.51 | 105,061.12 |
| | 0811 | 000 | | | | | 182615 | 31180 | 12/07/2007 | 69.07 | 104,992.05 |
| | 0811 | 000 | | | | | 182623 | 31180 | 12/07/2007 | 621.52 | 104,370.53 |
| | 0811 | 000 | | | | | 181791 | 4660 | 12/10/2007 | 91.38 | 104,279.15 |
| | 0811 | 000 | | | | | 182145 | 4660 | 12/10/2007 | 29.03 | 104,250.12 |
| | 0811 | 000 | | | | | 182531 | 4660 | 12/10/2007 | 205.33 | 104,044.79 |
| | 0811 | 000 | | | | | 182543 | 4660 | 12/10/2007 | 22.58 | 104,022.21 |
| | 0811 | 000 | | | | | 182767 | 4660 | 12/10/2007 | 81.70 | 103,940.51 |
| | 0811 | 000 | | | | | 182777 | 4660 | 12/10/2007 | 59.66 | 103,880.85 |