4/30/08 142181 ESM/kc

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS--EASTERN DIVISION

| | | |
|---|---|---|
| 84 Lumber Company, a Pennsylvania Limited Partnership | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08CV-958 |
| -vs- | ) ) ) | Assigned Judge: Manning |
| Boss Construction, Inc. and Steven Roger Smith | ) ) | Designated |
| Defendant(s). | ) ) | Magistrate Judge: Cole |

### NOTICE OF MOTION

TO:  Boss Construction, Inc.          Steven Roger Smith
     10920 Antelope Ln                1904 Garnet Court, Unit "D"
     Orland Park, IL 60467            New Lenox IL 60451

On May 8, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Presiding Judge--Room #2125, or any judge sitting in his stead, in the courtroom usually occupied by him at the US County Courthouse, 219 S. Dearborn St., Chicago, IL 60603, and shall then and there present Plaintiff's Motion for entry of a default judgment against Defendants, and request hearing thereon, instanter.

/s/ Edward S. Margolis
One of its attorneys

### CERTIFICATE OF SERVICE

I, Edward S. Margolis, the attorney, certify that I served this Notice and Motion placing a copy into an envelope addressed to each of the above-listed party(ies) at their respective address(es), with proper prepaid postage attached to said envelope(s), and depositing same into the United States Mail chute at 11 East Adams Street, Chicago, Illinois, at or about 5:00 p.m. on the 30th day of April, 2008.

/s/ Edward S. Margolis
One of its attorneys

TELLER, LEVIT & SILVERTRUST, P.C.
Attorneys for Plaintiff
11 East Adams Street--#800
Chicago, Illinois 60603
(312) 922-3030
Attorney ID# 01763539