# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **84 LUMBER COMPANY, a Pennsylvania Limited Partnership,** | ) ) ) | |
| Plaintiff, | ) ) | Case no. 08-CV-958 |
| v. | ) ) | Judge Manning |
| **BOSS CONSTRUCTION, INC., and STEVEN ROGER SMITH,** | ) ) ) | Mag. Judge Cole |
| Defendants. | ) | |

## NOTICE OF FILING

To:   Edward S. Margolis
      Teller, Levit & Silvertrust
      11 E. Adams St.
      #800
      Chicago, IL 60603

　　PLEASE TAKE NOTICE that on **May 6, 2008** I electronically filed with the Clerk of the Court

**ATTORNEY APPEARANCE FOR MARTY J. SCHWARTZ**

a copy of which will be electronically mailed to you by the Court and if you are not part of the electronic filing system, will be delivered by other methods.


　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Marty J. Schwartz

Marty J. Schwartz
ARDC No. 6244399
Three First National Plaza
Suite 3700
Chicago, IL 60602
Tel. 312.558.4290
Fax 312.558.7750

## CERTIFICATE OF SERVICE

I, Marty J. Schwartz, an attorney, certify that on **May 6, 2008**, I served a true and correct copy of the foregoing **Notice of Filing** and **Attorney Appearance** to above-named attorneys who are registered to receive electronic filings, electronically by operation of the Clerk of the U.S. District Court's Electronic Case Filing (ECF):

Edward S. Margolis
Teller, Levit & Silvertrust
11 E. Adams St.
#800
Chicago, IL 60603

in accordance with the General Order on Electronic Case Filing which documents the parties may access through the Court's ECF.

/s/ Marty J. Schwartz