## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

84 Lumber Company

                Plaintiff,

v.                                              Case No.: 1:08−cv−00958
                                                 Honorable Blanche M. Manning

Boss Construction, Inc., et al.

                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 13, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Motion hearing held on 5/13/2008. Defendants having filed an appearance, plaintiff's motion for default judgment [12] is withdrawn. Defendants shall answer by 5/20/2008. Status hearing set for 6/3/2008 at 11:00 AM.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.