IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| **84 Lumber Company, a Pennsylvania Limited Partnership** ) ) ) | |
| **Plaintiff,** ) ) | |
| -vs- ) ) | Case no. 08 C 958 |
| **Boss Construction, Inc. and Steven Roger Smith** ) ) ) | |
| **Defendants.** ) | |

**NOTICE OF FILING**

To:   See CM/ECF Service List

PLEASE TAKE NOTICE that on May 19, 2008, I electronically filed with the Clerk of the US District Court

**Answer to Amended Complaint**
**Affirmative Defenses**

a copy of which will be electronically mailed to you by the Court and if you are not part of the electronic filing system, will be delivered by other methods.

/s/ Marty J. Schwartz

Marty J. Schwartz
Adam C. Gilgis
Three First National Plaza, Suite 3700
Chicago, IL 60602
Tel. 312.558.4293
Fax 312.558.7750
ARDC No. 3124462

**CERTIFICATE OF SERVICE**

I, Marty J. Schwartz, an attorney, certify that on May 19, 2008, I served a true and correct copy of the foregoing **Notice of Filing, Answer to Amended Complaint, and Affirmative Defenses** to above-named attorneys who are registered to receive electronic filings, electronically by operation of the Clerk of the U.S. District Court's Electronic Case Filing (ECF):

See CM/ECF list

in accordance with the General Order on Electronic Case Filing which documents the parties may access through the Court's ECF.

/s/ Marty J. Schwartz