IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| **84 Lumber Company, a Pennsylvania Limited Partnership** | ) ) ) |
| **Plaintiff,** | ) ) |
| -vs- | ) Case no. 08 C 958 ) |
| **Boss Construction, Inc. and Steven Roger Smith** | ) ) ) |
| **Defendants.** | ) |

**NOTICE OF CHANGE OF ADDRESS**

To:   See CM/ECF Service List

PLEASE TAKE NOTICE that as of **May 30, 2008**, the address, phone number and facsimile number of the law offices of MARTY J. SCHWARTZ & ASSOCIATES, P.C., shall be as follows:

222 North LaSalle Street – Suite 1900
Chicago, Illinois  60601
--------------------
Main Number:  312-422-4380
Fax Number:  312-422-4399

/s/ Marty J. Schwartz

Marty J. Schwartz
ARDC No. 03124462
222 N. LaSalle
Suite 1900
Chicago, IL 60601
(312) 422-4380

**CERTIFICATE OF SERVICE**

I, Marty J. Schwartz, an attorney, certify that on **June 4, 2008**, I served a true and correct copy of the foregoing **Notice of Change of Address** to above-named attorneys who are registered to receive electronic filings, electronically by operation of the Clerk of the U.S. District Court's Electronic Case Filing (ECF):

See CM/ECF Service List

in accordance with the General Order on Electronic Case Filing which documents the parties may access through the Court's ECF.

/s/ Marty J. Schwartz