## CERTIFICATE OF SERVICE

I, Marty J. Schwartz, an attorney, certify that on **June 30, 2008**, I served a true and correct copy of the foregoing **Defendants' First Request to Produce Directed to Plaintiff** to the below named attorney via first class mail:

Edward S. Margolis
Teller, Levit & Silvertrust
11 E. Adams St., #800
Chicago, IL 60603

/s/ Marty J. Schwartz