## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 C 958 | **DATE** | 7/14/2008 |
| **CASE TITLE** | 84 Lumber Company vs. Boss Construction, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 9/17/08 at 9:00 a.m.   All discovery shall close on 9/15/08.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | CDH |
|---|---|---|