Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 958 | **DATE** | 8/11/2008 |
| **CASE TITLE** | 84 Lumber Co. Vs. Boss Construction, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Pursuant to stipulation for payment, this case is dismissed without prejudice. Enter Agreed Order. Status hearing set to 9/9/2008 before this court, and 9/17/2008 before Magistrate Judge Cole are hereby stricken.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|

U.S. DISTRICT COURT
CLERK

2008 AUG 11 PM 7: 06

FILED-FED.