P71D 9/3/08 142181 ESM/kc

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS--EASTERN DIVISION

| | | |
|---|---|---|
| 84 Lumber Company, a Pennsylvania Limited Partnership | ) ) ) | |
| Plaintiff, | ) | No. 08CV-958 |
| -vs- | ) ) ) | Judge MANNING |
| Boss Construction, Inc. and Steven Roger Smith Defendant(s) | ) ) | |

### NOTICE OF MOTION

*VIA FAX: #312/422-4399*            *VIA FAX: #815/726-8931*
TO:  Marty Schwartz                 Boss Construction, Inc.
     222 N. LaSalle Street, Suite 1900
     Chicago, IL 60601

*VIA FAX: #815/726-8931*
TO:  Steven Roger Smith

On **Sept 16**, 2008, at **11:00 A**.m., I shall appear before the Honorable Presiding Judge--Room # **2125**, or any judge sitting in his stead, in the courtroom usually occupied by him at the US County Courthouse, 219 S. Dearborn St., Chicago, IL 60603, and shall then and there move the Court to reinstate this cause and enter Judgment in accordance with the Agreed Order entered herein on August 11, 2008, pursuant to the attached Motion.

_____
Edward S. Margolis

### CERTIFICATE OF SERVICE

I, Edward S. Margolis, the attorney, certify that I served this Notice and Motion by faxing a copy to the above fax numbers on the **5** day of September, 2008.

_____
Edward S. Margolis

TELLER, LEVIT & SILVERTRUST, P.C.
Attorneys for Plaintiff
11 East Adams Street--#800
Chicago, Illinois 60603
(312) 922-3030
Attorney ID# 01763539